KRIS DEMIRJIAN, SBN 252767
HELENI E. SUYDAM, SBN 203833
**SANDS & ASSOCIATES,**
A PROFESSIONAL LAW CORPORATION
232 N. Canon Drive, First Floor
Beverly Hills, CA 90210
Telephone:  (310) 859-6644
Facsimile:   (310) 492-0397
E-mail:        sandslaw@sandslaw.net

JS-6

Attorneys for Plaintiff and Counter-Defendants
Monjaras & Wismeyer Group and Steve Monjaras

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re:* | Case No.:2:19-cv-06171-RGK(AGRx) |
| MONJARAS & WISMEYER GROUP, INC. a California Corporation, | [~~proposed~~] **ORDER** |
| Plaintiff, | |
| vs. | |
| RACHEL SHAW, an individual; SHAW HR CONSULTING, INC., a California Corporation; and DOES 1-10, inclusive. | |
| Defendants. | |
| RACHEL SHAW, an individual; SHAW HR CONSULTING, INC., a California Corporation, | |
| Counter-Claimants | |
| vs. | |
| MONJARAS & WISMEYER GROUP, INC. a California Corporation, and Steve P. Monjaras, an individual, | |
| Counter-Defendants | |

[proposed] ORDER

**ORDER**

This stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice with the parties to bear their respective attorney's fees and costs.

DATED: July 15, 2020

_____
UNITED STATES DISTRICT COURT JUDGE